1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone    (415) 421-4347
4  Fax          (650) 289-0636

5  Counsel for Cala Remick

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10
   UNITED STATES OF AMERICA,           )  No. CR 11-00709 DLJ
11                                     )
                    Plaintiff,         )  STIPULATION RE CONTINUANCE
12                                     )  OF STATUS DATE; []
           v.                          )  ORDER
13                                     )
   CALA REMICK,                        )
14                                     )
                    Defendant.         )
15 _____)

16
       It is hereby stipulated between the defendant Cala Remick, by and through her attorney of
17
   record VICKI H. YOUNG, and the government, through Assistant United States Attorney Daniel
18
   Kaleba, that the status date of March 15, 2012, at 9:00 a.m. be continued to April 19, 2012, at 9:00
19
   a.m. Cala Remick's status date, was set before the counsel for co-defendants Joshua Moore and
20
   Desiree Flores advised that they needed a continuance to April 19, 2012.  The court has already
21
   excluded time to April 19, 2012, for co-defendant's Joshua Moore and Desiree Flores.  Cala Remick
22
   wishes that her case be on the same litigation track as her co-defendants. Co-defendant Joshua
23
   Moore's case has been referred to the probation department for a criminal history calculation.
24
   Defense counsel is waiting to see what happens with Joshua Moore's matter in order to better
25
   evaluate case strategy.
26

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1  Under Title 18 U.S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys
2  for the government and the defense the reasonable time necessary for effective preparation taking
3  into the account the exercise of due diligence.  There has already been an exclusion of time to April
4  19, 2012, for co-defendants Joshua Moore and Desiree Flores, and Cala Remick has not been
5  severed from them.  18 U.S.C. § 3161(h)(6).
6  Under Title 18 U.S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys
7  for the government and the defense the reasonable time necessary for effective preparation taking
8  into the account the exercise of due diligence.
9  It is so stipulated.
10 Dated:    March 5, 2012            Respectfully submitted,

             /s/ Vicki H. Young
13           VICKI H. YOUNG, ESQ.
             Attorney for Cala Remick

16 Dated:    March 9, 2012            MELINDA HAAG
                                      UNITED STATES ATTORNEY

             /s/   Daniel Kaleba
19           DANIEL KALEBA
             Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

# ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for March 15, 2012, is continued to April 19, 2012. This Court finds that the period from March 15, 2012, through and including April 19, 2012, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that the time to April 19, 2012 has already been excluded for co-defendants Joshua Moore and Desiree Flores and Cala Remick wishes that her case been on the same litigation track.as the co-defendants.    Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(7)(A).

As required by 18 U.S.C §3161 (h)(7)(A), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny both the attorney for the government and the attorney for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

DATED: 3/14/12

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[] ORDER

- 3 -