1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone   (415) 421-4347
4  Fax         (650) 289-0636

5  Counsel for Cala Remick

6

7             IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   No. CR 11-00709 DLJ
                                    )
11              Plaintiff,          )   STIPULATION RE CONTINUANCE
                                    )   OF STATUS DATE; []
12       v.                         )   ORDER
                                    )
13 CALA REMICK,                     )
                                    )
14              Defendant.          )
                                    )
15 _____

16
        It is hereby stipulated between the defendant Cala Remick, by and through her attorney of
17
   record VICKI H. YOUNG, and the government, through Assistant United States Attorney Daniel
18
   Kaleba, that the status date of July 5, 2012, at 9:00 a.m. be continued to July 12, 2012, at 9:00 a.m.
19
   The reason for this continuance is that counsel has been unable to meet with Ms. Cala Remick prior
20
   to July 5, 2012 because of scheduling problems and the July 4, 2012 holiday.  A continuance of one
21
   week is needed to schedule the meeting prior to the next court appearance.
22
        Under Title 18 U.S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys
23
   for the government and the defense the reasonable time necessary for effective preparation taking
24
   into the account the exercise of due diligence.
25
   ///
26

STIPULATION RE CONTINUANCE;
[] ORDER
                                          - 1 -

It is so stipulated.

Dated:      July 2, 2012                              Respectfully submitted,


  /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Cala Remick


Dated:      July 2, 2012                              MELINDA HAAG
                                                               UNITED STATES ATTORNEY


   /s/   Daniel Kaleba
DANIEL KALEBA
Assistant United States Attorney

## ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for July 5, 2012, is continued to July 12, 2012. This Court finds that the period from July 5, 2012, through and including July 12, 2012, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h).  The basis for such exclusion is that the time from July 5, 2012 to July 12, 2012, is needed for effective preparation of counsel, taking into account due diligence. Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

1 | meaning of Title 18 U.S.C §3161(h)(7)(A).

2 |     As required by 18 U.S.C §3161 (h)(7)(A), this Court finds that the reason that the ends of
3 | justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of
4 | the continuance would unreasonably deny both the attorney for the government and the attorney for
5 | the defendant reasonable time necessary for effective preparation, taking into account the exercise of
6 | due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

7 | DATED:  ï ÐÏÐG

8 |                                     D. LOWELL JENSEN
                                    SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[] ORDER