1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301          E-FILED
3  Telephone (415) 421-4347

4  Attorney for Defendant Cala Remick

5                  UNITED STATES DISTRICT COURT

6                NORTHERN DISTRICT OF CALIFORNIA

7

8

9  UNITED STATES OF AMERICA,        )    No. CR 11-00709 DLJ
                                    )
10        Plaintiff,                )
                                    )    STIPULATION TO CONTINUE
11     vs.                          )    SENTENCING DATE;
                                    )
12 CALA REMICK,                     )
                                    )    Date:  Nov. 1, 2012
13        Defendant.                )    Time:  10:00 a.m.
                                    )    Court: Hon. D. Lowell Jensen
14 _____ )

15

16        It is hereby stipulated between the United States of America, by and through Assistant

17 United States Attorney Daniel Kaleba and Cala Remick through her attorney Vicki H. Young, that

18 the sentencing hearing which is currently scheduled for Nov. 1, 2012, be continued to December 13,

19 2012, at 10:00 a.m.

20        This continuance is necessary because defense counsel Vicki H. Young needs additional to

21 prepare the sentencing memorandum.

22        USPO Michelle Nero has been advised of this request for a continuance and has no

23 objection.

24 ///

25 ///

26

27

28

                                    -1-                           Page 1

1    It is so stipulated.

2    Dated:        Oct. 24, 2012                    Respectfully submitted,

3
                                                   /s/ Vicki H. Young
4                                                  VICKI H. YOUNG, ESQ.
                                                   Attorney for Cala Remick
5

6    Dated:        Oct. 24, 2012                    MELINDA HAAG
                                                   UNITED STATES ATTORNEY
7

8
                                                   /s/   Daniel Kaleba
9                                                  DANIEL KALEBA
                                                   Assistant United States Attorney
10

11

12                              **ORDER**

13

14
         GOOD CAUSE BEING SHOWN, the sentencing hearing for Cala Remick which is
15
     currently set for Nov. 1, 2012, is continued to December 13, 2012, at 10:00 a.m.
16
         IT IS SO ORDERED.
17
     DATED: ~~FEDICTG~~
18
                                                   _____
19                                                 D. LOWELL JENSEN
                                                   SENIOR UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28